Gaston, J.
 

 We see no error in the instructions complained of. They are quite as favorable as the defendant had a right to ask. He alleged, (as a justification for his disobedience to the subpoena, inability*to attend Court. This inability must be passed upon, and decided by reference to
 
 *13
 
 the modes of travelling, which are in use in the community. If one mode of conveyance be impracticable, but exist which are not impracticable, and nothing is shewn on the part of the person summoned to establish that these were not within
 
 his
 
 power, his non-attendance cannot,be attributed to inability. Upon the evidence stated, admitting it to be true, it was scarcely possibly for any Jury to find the defendant’s plea in his favor, and he could ask for no instruction, which would have warranted such a verdict.
 

 The Judgment must be affirmed with costs.
 

 Per Curiam. Judgmeut affirmed.